1
2
3
4
5
6
7
8
9 **IN THE UNITED STATES DISTRICT COURT**
10 **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13 KELVIN DWAYNE FIELDS,                    Case No. CV 17-6072 GW (MRW)
14              Petitioner,
15       v.                               ORDER ACCEPTING FINDINGS
                                          AND RECOMMENDATIONS OF
16 W.L. MONTGOMERY, Warden,               UNITED STATES MAGISTRATE
                                          JUDGE
17              Respondent.
18
19
20       Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records
21 on file, and the Report and Recommendation of the United States Magistrate
22 Judge.  Further, the Court engaged in a <u>de novo</u> review of those portions of the
23 Report to which Petitioner objected.  The Court accepts the findings and
24 recommendation of the Magistrate Judge.
25
26
27
28

1    IT IS ORDERED that Judgment be entered denying the petition and

2    dismissing this action with prejudice.

3

4

5    DATE: April 30, 2018          _____

                                    HON. GEORGE H. WU
6                                   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28