# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

KELVIN DWAYNE FIELDS,

          Petitioner,

          v.

W.L. MONTGOMERY, Warden,

          Respondent.

Case No. CV 17-6072 GW (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: April 30, 2018

_____ _George H. Wu_ _____

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE